No. 230, Misc. BIZZELL v. BIZZELL. Supreme Court of North Carolina. Certiorari denied. *Robert H. Reiter* and *Daniel Partridge, III,* for petitioner. *I. Beverly Lake* for respondent.

No. 238, Misc. LOVING v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 243, Misc. ESCALONA v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 245, Misc. MIDDLETON v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 248, Misc. LIVESAY v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 256, Misc. KIRKRAND v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 259, Misc. WESTLEY v. CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 263, Misc. INMAN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.